ORIGINAL

FILED IN CLERK'S OFFICE
J.S.D.C. Atlanta

SEP 2 - 2004

LUTHER D. THOMAS, Clerk
By: _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action File No. <br> vs. ) 1:03-CV-2631-RLV <br> ) <br> ARAC, INC., FORMERLY d/b/a ) <br> ATLANTA RENT-A-CAR, INC., ) <br> ) <br> Defendant. ) <br> _____) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R.Civ.P. 41(a)(1)(ii), Plaintiff, Equal Employment Opportunity Commission ("EEOC"), stipulates to the dismissal of the above-captioned action without order of court and with prejudice. The Defendant has not made an appearance in this action. Therefore, the EEOC is the sole signatory to this stipulation.

Entered as dismissed pursuant to
Rule 41(a)(l)(i)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: _____
    Deputy Clerk

(Signature on the following page)

_____
S. ROBERT ROYAL
Regional Attorney
Ga. Bar Number 617505

EEOC - Legal Unit
100 Alabama Street, Suite 4R30
Atlanta, GA 30303
(404) 562-6812
Attorney for Plaintiff EEOC